UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL NUTRITION CORPORATION, | No. C-06-2780 EMC |
| Plaintiff, | |
| v. | **ORDER DIRECTING DEFENDANT NAVARRO TO FILE RESPONSE TO COMPLAINT OR SUFFER DEFAULT** |
| MERCEDES NAVARRO, *et al.*, | |
| Defendants. _____/ | |

Following the filing of the complaint for interpleader herein by General Nutrition Corporation, the proof of service upon Defendant Navarro was filed on May 22, 2006. Ms. Navarro has not made an appearance in this action. Nor has she filed a response to the complaint. Additionally, Defendants Hoffman and Danz & Gerber have represented to the Court that Ms. Navarro has not responded to their calls and letters. She did not appear at the case management conference held on November 22, 2006.

Defendant Mercedes Navarro is hereby ordered to file a response to the complaint herein by December 7, 2006. If she does not do so, the Court will direct the Clerk to enter a default and invite the other parties hereto to file a motion for entry of default.

IT IS SO ORDERED.

Dated: November 27, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL NUTRITION CORPORATION, | No. C-06-2780 EMC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MERCEDES NAVARRO, *et al.*, | |
| Defendants. _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Mercedes Navarro
P.O. Box 4172
Hayward, CA  94540-4172

Mercedes Navarro
26791 Peterman Avenue
Hayward, CA  94545

Mercedes Navarro
25800 Industrial Blvd., Apt. V3363
Haywad, CA  94545

*ALL OTHER COUNSEL/PARTIES TO RECEIVE ORDER VIA ELECTRONIC FILING*

Dated: November 27, 2006      RICHARD W. WIEKING, CLERK

By: _____/s/_____
     Leni Doyle
     Deputy Clerk